**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2009, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system.

                                                                  /s/ Sergei Lemberg
                                                                     Sergei Lemberg